NOVEMBER 6, 1974

No. 74–101.   FALLEY v. UNITED STATES.   C. A. 2d Cir. Certiorari dismissed under this Court's Rule 60. ▇

NOVEMBER 7, 1974

No. 74–268.   HOUSEHOLD GOODS CARRIERS' BUREAU v. TERRELL.   C. A. 5th Cir.   Certiorari dismissed under this Court's Rule 60. ▇

NOVEMBER 11, 1974

No. 73–1929.   McDONALD ET AL. v. McLUCAS, ACTING SECRETARY OF THE AIR FORCE, ET AL.   Affirmed on appeal from D. C. S. D. N. Y. ▇

No. 73–7089.   WRIGHT ET AL. v. MALLOY, COMMISSIONER, DEPARTMENT OF MOTOR VEHICLES.   Affirmed on appeal from D. C. Vt. ▇